WENDY Z. SANDERS *v.* WILLIAM C. SANDERS
(12405)

O'CONNELL, LANDAU and SCHALLER, Js.

Submitted on briefs February 28—decision released March 22, 1994

*Paul E. Potanka* filed a brief for the appellant (plaintiff).

*Ira A. Jacobs* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.